Norman D. OLSON, Respondent,

v.

MENASHA CORPORATION and American Motorists Insurance Company/Kemper Insurance Group, Relators,

and

MN Department of Labor and Industry, Intervenor.

No. C5–98–1938.

Supreme Court of Minnesota.

Jan. 25, 1999.

*ORDER*

Based upon all the files, records and proceedings herein,

IT IS HEREBY ORDERED that the decision of the Workers' Compensation Court of Appeals filed September 25, 1998, be, and the same is, affirmed without opinion. *See* Minn. R. Civ.App. P. 136.01, subd. 1(b).

Employee is awarded $400 in attorney fees.

BY THE COURT:

Edward C. Stringer

Edward C. Stringer
Associate Justice